IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
SEP - 3 2009
CLERK, U.S. ... COURT

TIMOTHY BARNARD,

    Plaintiff,

v.                              Civil Action No. **3:07CV566**

PIEDMONT REGIONAL JAIL AUTHORITY, *et al.*,

    Defendants.

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation is ACCEPTED AND ADOPTED;

2. Plaintiff is AWARDED compensatory damages in the amount of $250.00 from Defendants Jackson, Johnson, Whitehead, and Davis;

3. Plaintiff is AWARDED punitive damages in the following amounts:

    a. $3,000.00 against Defendant Johnson,

    b. $1,500.00 against Defendant Jackson, and,

    c. $1,000.00 each against Defendants Davis and Whitehead; and,

4. Plaintiff's counsel is DIRECTED to submit, within eleven (11) days of the date of entry hereof, a fee petition for an award of costs and attorney's fees pursuant to 42 U.S.C. §§ 1988 and 1997e(d). A final order specifying the total amount of the damages award, including costs and fees, will issue thereafter.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Defendants and Counsel of Record.

And it is so ORDERED.

/s/
Richard L. Williams
United States District Judge

Date: SEP - 3 2009
Richmond, Virginia